United States District Court
Southern District of Texas
FILED

MAY 2 3 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-17-771** |
| GERARDO JAVIER LONGORIA ROLANDO GUERRERO | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about October 20, 2016, to on or about May 23, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**GERARDO JAVIER LONGORIA
and
ROLANDO GUERRERO**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### Count Two

On or about October 20, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**GERARDO JAVIER LONGORIA
and
ROLANDO GUERRERO**

did knowingly and intentionally possess with intent to distribute a controlled substance. The

controlled substance involved was 500 grams or more, that is, approximately 1.17 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY